**HARLINGEN VALLEY COMPRESS CO., et al., Appellants,**

v.

**Leticia ZUNIGA, et al., Appellees.**

**No. 13–01–808–CV.**

Court of Appeals of Texas,
Corpus Christi–Edinburg.

April 1, 2004.

William L. Hubbard, Hernandez Law Firm, McAllen, Roger W. Hughes, Jaime Balli, Attorneys At Law, Scott T. Clark, Adams & Graham, L.L.P., Harlingen, for Appellants.

Marcus C. Barrera, Barrera & Sanchez, PC, McAllen, Ricardo L. Salinas, Attorney At Law, Mission, Richard E. Zayas, Attorney At Law, Brownsville, Keith C. Livesay, Attorney At Law, McAllen, Ricardo Adobbati, Adobbati & Esparza, L.L.P., Brownsville, for Appellees.

Joe Valle, Attorney At Law, for Intervenor.

Before Justices HINOJOSA, YAÑEZ, and GARZA.

**MEMORANDUM OPINION**

PER CURIAM.

Appellants, HARLINGEN VALLEY COMPRESS CO., ET AL., perfected an appeal from a judgment entered by the 404th District Court of Cameron County, Texas, in cause number 2000–07–3103–G. After the record and briefs were filed and after the cause was set for submission and oral argument, the parties filed a joint motion to reverse and remand without reference to the merits and in aid of settle-

ment. In the motion, the parties state that they have reached a compromise settlement agreement in this matter. Pursuant to the terms of the agreement, the parties request that the judgment be vacated without reference to the merits, the surety released, and the case remanded to the trial court for entry of an agreed order of dismissal with prejudice, with costs taxed to the party incurring same.

The Court, having examined and fully considered the documents on file and the parties' joint motion, is of the opinion that the motion should be granted. The joint motion is granted, and the judgment of the trial court is hereby REVERSED and the cause is REMANDED to the trial court in accordance with the parties' settlement agreement. It is further ordered that appellants' sureties be released from their bonds.